UNITED STATES DISTRICT COURT

for the

Western District of Washington

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JAN 08 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. MJ13-608 |
| 5537 Canfield Pl N, Seattle, WA | ) ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     Washington    
*(identify the person or describe the property to be searched and give its location)*:

5537 Canfield Pl N, Seattle, WA, as further described in Attachment A and B to attached affidavit

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B to attached affidavit

**YOU ARE COMMANDED** to execute this warrant on or before    12/26/13    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to         Any US Magistrate Judge        .
                                                                                                                *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    12/12/13   8:50 am    _____
                                                                                *Judge's signature*

City and state:    Seattle, WA    The Honorable Brian A. Tsuchida
                                                                                *Printed name and title*

## Return

| Case No.: | Date and time warrant executed: 12/12/13  11:00 AM | Copy of warrant and inventory left with: At residence on coffee table |
|---|---|---|
| Inventory made in the presence of : SA Sutchall | | |

Inventory of the property taken and name of any person(s) seized:

\* See attached inventory sheet.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/13/13

JAN 8, 2014

James P. Donohue

_Executing officer's signature_

Scott Sutchall, Special Agent
_Printed name and title_

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
5537 Canfield Place North
Seattle, WA

One Story Single Family Home

**Investigation Number:**
MJ13-608

**Starting Date and Time:**
12/12/2013 11:00 AM

**Ending Date and Time:**
12/12/2013 12:45 PM

**Report Date:**
Friday, December 13, 2013

| | | |
|---|---|---|
| **Control #:** | 1 | **Evidence Box:** |
| **Location:** | Bedroom (2) Office | **Locator Code:** |
| **Found:** | Found On Desk | |
| **Description:** | Seized Per Warrant   Lacie 250GB External Hard Drive; SN: 151000925 | |

| | | |
|---|---|---|
| **Control #:** | 2 | **Evidence Box:** |
| **Location:** | Bedroom (2) Office | **Locator Code:** |
| **Found:** | Found On Desk | |
| **Description:** | Seized Per Warrant   (5) Cell Phones | |

| | | |
|---|---|---|
| **Control #:** | 3 | **Evidence Box:** |
| **Location:** | Bedroom (2) Office | **Locator Code:** |
| **Found:** | Found On Desk | |
| **Description:** | Seized Per Warrant   (2) Internal Hard Drives | |

| | | |
|---|---|---|
| **Control #:** | 4 | **Evidence Box:** |
| **Location:** | Bedroom (2) Office | **Locator Code:** |
| **Found:** | Found On Top Of File Cabinet | |
| **Description:** | Seized Per Warrant   (1) Nikon Digital Camera; MD: D80; SN: 3198389 | |

| | | |
|---|---|---|
| **Control #:** | 5 | **Evidence Box:** |
| **Location:** | Bedroom (2) Office | **Locator Code:** |
| **Found:** | Found In Shoe Box | |
| **Description:** | Seized Per Warrant   Miscellaneous Documents | |

| | | |
|---|---|---|
| **Control #:** | 6 | **Evidence Box:** |
| **Location:** | Living Room | **Locator Code:** |
| **Found:** | Found On Coffee Table | |
| **Description:** | Seized Per Warrant   Miscellaneous Documents | |

| | | |
|---|---|---|
| **Control #:** | 7 | **Evidence Box:** |
| **Location:** | Bedroom (2) Office | **Locator Code:** |
| **Found:** | Found On Desk | |
| **Description:** | Seized Per Warrant   (22) USB Thumb Drives | |

| | | |
|---|---|---|
| **Control #:** | 8 | **Evidence Box:** |
| **Location:** | Bedroom (2) Office | **Locator Code:** |
| **Found:** | Found In Desk Drawer | |
| **Description:** | Seized Per Warrant   (8) USB Thumb Drives | |

| | | |
|---|---|---|
| **Control #:** | 9 | **Evidence Box:** |
| **Location:** | Bedroom (2) Office | **Locator Code:** |
| **Found:** | Found On Shelf | |
| **Description:** | Seized Per Warrant   (1) USB Thumb Drive | |

| | | |
|---|---|---|
| **Control #:** | 10 | **Evidence Box:** |
| **Location:** | Bedroom (2) Office | **Locator Code:** |
| **Found:** | Found On Desk | |
| **Description:** | Seized Per Warrant   (1) SanDisk 4GB Compact Flash Card | |

| | | |
|---|---|---|
| **Control #:** | 11 | **Evidence Box:** |
| **Location:** | Bedroom (2) Office | **Locator Code:** |
| **Found:** | Found In Room G | |
| **Description:** | Seized Per Warrant   (98) Mini Digital Video Cassettes | |

| | | |
|---|---|---|
| **Control #:** | 12 | **Evidence Box:** |
| **Location:** | Bedroom (2) Office | **Locator Code:** |
| **Found:** | Found In Room G | |
| **Description:** | Seized Per Warrant   (1) Canon Digital Video Camcorder w/(1) Mini DV Inside | |

| | | |
|---|---|---|
| **Control #:** | 13 | **Evidence Box:** |
| **Location:** | Bedroom (2) Office | **Locator Code:** |
| **Found:** | Found In Room G | |
| **Description:** | Seized Per Warrant   (1) CD/DVD (Reviewed Onsite and Found to Contain Possible EVD) | |

| | | |
|---|---|---|
| **Control #:** | 14 | **Evidence Box:** |
| **Location:** | Living Room | **Locator Code:** |
| **Found:** | Found On Top Of Coffe Table | |
| **Description:** | Seized Per Warrant   (1) Apple PowerBook Laptop 17-Inch; MD: G4; SN:W84202JGQRV | |